IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DWAYNE J. NORTON,

        Plaintiff,

v.                                           4:06cv173-WS

JAMES CROSBY, JR.,
MAURICE M. PAUL,
HARRY K. SINGLETARY,

        Defendants.

_____

## ORDER OF DISMISSAL

Before the Court is the Magistrate Judge's report and recommendation (doc. 7) docketed October 18, 2006. The Magistrate Judge recommends that Plaintiff's complaint be dismissed. Plaintiff has "appealed" (doc. 8) the report and recommendation to this court. Attached to Plaintiff's "appeal" are an application to proceed without prepayment of fees and a motion for leave to file a civil rights complaint.

Having considered the record in light of Plaintiff's "appeal," construed as objections to the report and recommendation, this Court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is DENIED.

3. The complaint, and this action, are hereby DISMISSED without prejudice to Plaintiff's making the same allegations in a complaint for which he pays the full $350.00 filing fee at the time of filing the complaint.

3. The clerk shall enter judgment accordingly.

4. Plaintiff's application to proceed without prepayment of fees and motion for leave to file (both attached as exhibits to his "appeal") are DENIED.

DONE AND ORDERED this   27th   day of   November  , 2006.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE